435 A.2d 917

Fox, Appellant v. Kittaning Coal Co., et al.
Petition for Allowance of Appeal Denied Dec. 29, 1981.

Argued January 12, 1981. C. John Tillman, for appellant; Frederick J. Francis, for appellees.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The orders of the lower court are hereby affirmed.

435 A.2d 918

Gillette v. Porter, Appellant.

Argued November 10, 1980. William Pineo, for appellant; Paul D. Shafer, Jr., for appellee.

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Order affirmed.